563 U.S. 969, 131 S. Ct. 2149, 179 L. Ed. 2d 952, 2011 U.S. LEXIS 3364.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 603 F.3d 365.

**No. 10-822. College Standard Magazine, et al., Petitioners v. Student Association of the State University of New York at Albany.**

563 U.S. 969, 131 S. Ct. 2150, 179 L. Ed. 2d 952, 2011 U.S. LEXIS 3341.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 610 F.3d 33.

**No. 10-944. Charles E. Holster, III, Petitioner v. Gatco, Inc., dba Folio Associates.**

563 U.S. 969, 131 S. Ct. 2151, 179 L. Ed. 2d 952, 2011 U.S. LEXIS 3316.

April 25, 2011. Petition for writ of certiorari to the United States Court of Ap-

peals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 618 F.3d 214.

**No. 10-1014. Virginia ex rel. Kenneth T. Cuccinelli, II, Attorney General of Virginia, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

563 U.S. 969, 131 S. Ct. 2152, 179 L. Ed. 2d 952, 2011 U.S. LEXIS 3247.

April 25, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Fourth Circuit denied.